1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                               EASTERN DISTRICT OF CALIFORNIA

10

11    RAYMOND E. PEYTON,                          1:14-cv-00926-SKO (HC)

12                 Petitioner,

13          v.                                     ORDER TRANSFERRING CASE TO THE
                                                   UNITED STATES DISTRICT COURT FOR
14    BERNARD J. SCHWARTZ, et al.,                 THE CENTRAL DISTRICT OF CALIFORNIA

15                 Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

18    28 U.S.C. § 2254.

19          The federal venue statute requires that a civil action, other than one based on diversity

20    jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

21    defendants reside in the same state, (2) a judicial district in which a substantial part of the events

22    or omissions giving rise to the claim occurred, or a substantial part of the property that is the

23    subject of the action is situated, or  (3) a judicial district in which any defendant may be found, if

24    there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

25          In this case, the petitioner is challenging a conviction from Riverside County, which is in

26    the Central District of California.  Therefore, the petition should have been filed in the United

27    States District Court for the Central District of California.  In the interest of justice, a federal

28    court may transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. §

                                                     1

1406(a);  <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated:  **June 19, 2014**                 **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE